AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SHAPERO, WALTER | U.S. BANKRUPTCY COURT | 08/09/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| UNITED STATES BANKRUPTCY JUDGE | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

THEODORE LEVIN COURTHOUSE
231 W. LAFAYETTE, ROOM 1029
DETROIT MI 48226

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | DIRECTOR/TREASURER | SAMUEL & HAROLD SHAPERO FOUNDATION |
| 3. | | |
| 4. | | |
| 5. | CO-TRUSTEE | FAMILY TESTAMENTARY TRUST _____ ) (ASSETS PART VII, LINES 30-31) |
| 6. | CO-TRUSTEE | FAMILY TRUST FOR _____ DATED 12/30/50 (ASSETS PART VII, LINES 34-35) |
| 7. | CO-TRUSTEE | FAMILY TRUST FOR _____ DATED 4/30/51 (ASSETS PART VII, LINES 38-39) |
| 8. | PARTNER | BROMOCO (INVESTMENT PARTNERSHIP NOMINALLY HOLDING CERTAIN LTD. PTRSHP INTERESTS) |
| 9. | TRUSTEE | FAMILY TRUST _____ ) (11/6/92) F/B/O |
| 10. | TRUSTEE | _____ (ASSETS PART VII, LINES 40-44) |
| 11. | TRUSTEE | _____ (ASSETS PART VII, LINES 45-48) (TRUST TERMINATED 3/31/11) |
| 12. | TRUSTEE | _____ (ASSETS PART VII, LINES 49-52) |
| 13. | | |
| 14. | TRUSTEE | _____ (ASSETS PART VII, LINES 57-60) |
| 15. | TRUSTEE | _____ (ASSETS PART VII, LINES 61-63) |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

16. TRUSTEE — ▮ (ASSETS PART VII, LINES 64-66)

17. TRUSTEE/BENEFICIARY — ▬▬▬▬ LIVING TRUST DATED 8/26/92; ▬▬▬▬ TRUSTEE(ASSETS PART VII, LINES 14-29)

18.

19.

20. CO-TRUSTEE — FAMILY TRUST(▮▮▮▮) DATED 6/6/97) (ASSETS PART VII, LINES 67-94 & 110-170 & 237-242 & 257-305 & 326-348)

21.

22.

23. TRUSTEE/BENEFICIARY — ▬▬▬▬ LIVING TRUST DATED 7/13/95; ▬▬▬ TRUSTEE (ASSETS PART VII, LINES 349-366)

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/82 | BUTZEL LONG PENSION PLAN (PLAN TRUSTEES ARE MEMERS OF THE BUTZEL LONG LAW FIRM) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 12/31/2011 | STATE OF MICHIGAN - EDUCATOR |
| 2. | 12/31/2011 | TEACHERS INSURANCE & ANNUITY ASSOC - PENSION |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CITIZENS REPUBLIC BANCORP INC. (FRMLY CITIZENS BANKING CORP) | | None | J | T | | | | | |
| 2. | | None | | | | | | | |
| 3. BERKSHIRE HATHAWAY B (COM) TAX FREE TRUST | | None | K | T | | | | | |
| 4. ABERDEEN ISRAEL FUND (FRMLY THE FIRST ISRAEL FUND INC.) | A | Dividend | J | T | | | | | |
| 5. WESTERN MICH. UNIV. REVS. BOND | B | Interest | | | Redeemed | 11/15/11 | K | | |
| 6. MARQUETTE CNTY MI GENL OBLIG. BOND | B | Interest | K | T | | | | | |
| 7. MORGAN STANLEY BANK ACCOUNT | A | Interest | M | T | | | | | |
| 8. | | None | | | | | | | |
| 9. INVESCO VK EQUITY & INCOME (FRMLY VAN KAMPEN E & I FUND) | A | Dividend | K | T | | | | | |
| 10. STATE OF ISRAEL BOND | | None | J | T | | | | | |
| 11. JP MORGAN CHASE BANK FORMERLY BANK ONE (SAV. & CHECK) | A | Interest | L | T | | | | | |
| 12. WESTERN RESERVE PTRSHP. MHP N. MADISON OHIO | C | Rent | K | U | | | | | |
| 13. BUTZEL LONG PENSION | C | Distribution | K | T | | | | | |
| 14. ▮▮▮▮▮▮ LIVING TRUST (8/26/92)(POSITION 17) | | | | | | | | | |
| 15. LOOMIS SAYLES SMALL CAP VALUE FUND I | A | Dividend | M | T | | | | | |
| 16. | | None | | | | | | | |
| 17. LOOMIS SAYLES VALUE FUND | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JP MORGAN SHORT DURATION BOND FUND | B | Dividend | M | T | Sold (part) | 12/12/11 | L | B | |
| 19. JP MORGAN TAX FREE MONEY MARKET | A | Dividend | K | T | | | | | |
| 20. FRANKLIN CUSTODIAN FUND (FORMERLY FRANKLIN EQUITY FUND) | A | Dividend | M | T | | | | | |
| 21. FRANKLIN STRATEGIC SERIES(FRMLY FRANKLIN SML- CAP GROWTH FD) | A | Dividend | K | T | | | | | |
| 22. FRANKLIN INSURED TAX-FREE INCOME FUND | E | Dividend | O | T | Sold (part) | 06/21/11 | J | A | |
| 23. FRANKLIN MI INSURED TAX FREE | E | Dividend | O | T | | | | | |
| 24. MUTUAL SERIES SHARES FUND | B | Dividend | L | T | | | | | |
| 25. MUTUAL SER FRANKLIN MUT BEACON FD (FORM MUT SER BEACON FD) | D | Dividend | M | T | Buy (add'l) | 12/19/11 | J | | |
| 26. PUTNAM INVESTORS FUND | A | Dividend | J | T | | | | | |
| 27. | | None | | | | | | | |
| 28. PUTNAM VOYAGER FUND | A | Dividend | J | T | | | | | |
| 29. TEMPLETON GROWTH FUND | B | Dividend | L | T | | | | | |
| 30. ASSETS OF POSITION 5 CO-TRUSTEE | | | | | | | | | |
| 31. JP MORGAN CHASE BANK CK.ACCT (FORMERLY BANK ONE ACCOUNT) | | None | K | T | | | | | |
| 32. | | None | | | | | | | |
| 33. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. ASSETS FROM POSITION 6 CO-TRUSTEE | | | | | | | | | |
| 35. JP MORGAN CHASE BANK (FORMERLY BANK ONE BANK) | | None | J | T | | | | | |
| 36. | | None | | | | | | | |
| 37. | | None | | | | | | | |
| 38. ASSETS FROM POSITION 7 C0-TRUSTEE | | | | | | | | | |
| 39. JP MORGAN CHASE BANK CK ACCT. (FORMERLY BANK ONE ACCOUNT) | | None | J | T | | | | | |
| 40. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 41. JP MORGAN US GOVT PREM. SWP (FRMLY 100% US TR. SECS MM RES.) | A | Dividend | J | T | | | | | |
| 42. FRANKLIN CUSTODIAN FUNDS INC. | C | Dividend | M | T | | | | | |
| 43. JP MORGAN CHASE BANK CK.ACCT. (FORMERLY BANK ON ACCT) | A | Interest | J | T | | | | | |
| 44. FRANKLIN ADJUSTABLE US GOV'T. SEC. FUND | B | Dividend | M | T | | | | | |
| 45. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 46. JP MORGAN CHASE BANK CK ACCT (FORMERLY BANK ONE ACCOUNT) | | None | | | Distributed | 03/21/11 | J | | |
| 47. FRANKLIN INSURED TAX FREE INCOME FUND | A | Interest | | | Sold | 03/21/11 | K | | |
| 48. FRANKLIN MI INSURED TAX FREE FUND | A | Interest | | | Sold | 03/21/11 | K | | |
| 49. ASSETS FROM POSITION 9 TRUSTEE | | | | | | | | | |
| 50. JP MORGAN CHASE BANK CK ACCT (FORMERLY BANK ONE ACCOUNT) | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | | | | | |
| 52. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | | | | | |
| 53. | | None | | | | | | | |
| 54. | | None | | | | | | | |
| 55. | | None | | | | | | | |
| 56. | | None | | | | | | | |
| 57. ASSETS FROM POSITION 9 TRUSTEE ▮ | | | | | | | | | |
| 58. JP MORGAN CHASE BANK CK ACCT (FORMERLY BANK ONE ACCOUNT) | A | Interest | J | T | | | | | |
| 59. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | | | | | |
| 60. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | | | | | |
| 61. ASSETS FROM POSITION 9 TRUSTEE ▮ | | | | | | | | | |
| 62. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | Sold (part) | 05/23/11 | J | A | |
| 63. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | Sold (part) | 05/23/11 | J | A | |
| 64. ASSETS FROM POSITION 9 TRUSTEE ▮ | | | | | | | | | |
| 65. FRANKLIN INSURED TAX FREE INCOME FUND | C | Interest | L | T | Sold (part) | 05/23/11 | J | A | |
| 66. FRANKLIN MI INSURED TAX FREE FUND | C | Interest | L | T | Sold (part) | 05/23/11 | J | A | |
| 67. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. PNM RESOURCES, INC. | A | Dividend | | | Sold | 08/29/11 | K | D | |
| 69. STRYKER CORP (COM) | A | Dividend | K | T | Buy (add'l) | 06/27/11 | J | | |
| 70. TENET HEALTHCARE CORP (COM) | | None | K | T | Buy (add'l) | 10/05/11 | J | | |
| 71. THOR INDUSTRIES INC (COM) | A | Dividend | | | Sold | 11/14/11 | K | | |
| 72. TJX COS INC NEW (COM) | A | Dividend | K | T | | | | | |
| 73. WELLS FARGO & CO NEW (PFD) | B | Dividend | K | T | | | | | |
| 74. HEALTH CARE PROP. NOTES DUE 12/15/13 | B | Interest | K | T | Buy | 01/06/11 | K | | |
| 75. CMS ENERGY CORP. NOTES DUE 02/23/19 | A | Interest | K | T | Buy | 12/27/11 | K | | |
| 76. ALCOA, INC. NOTES DUE 08/15/20 | A | Interest | K | T | Buy | 08/30/11 | K | | |
| 77. CONSTELLATION ENERGY GRP. NOTES DUE 12/1/20 | B | Interest | K | T | Buy | 06/02/11 | K | | |
| 78. ARCELORMITTAL BONDS DUE 03/1/21 | B | Interest | K | T | Buy | 09/15/11 | K | | |
| 79. ENERGY TRANSFER PTNRS BOND DUE 06/01/21 | B | Interest | K | T | Buy | 09/06/11 | K | | |
| 80. HEWLETT PACKARD CO BOND DUE 09/15/21 | A | Interest | J | T | Buy | 09/14/11 | K | | |
| 81. AEGON NV (PFD) | B | Dividend | K | T | Buy | 02/25/11 | K | | |
| 82. KIMCO REALTY CORP (PFD) | B | Dividend | K | T | Buy | 01/28/11 | K | | |
| 83. MERRILL LYNCH CAP TRUST III (PFD) | A | Dividend | K | T | Buy | 05/03/11 | K | | |
| 84. AUNET INC (COM) | | None | J | T | Buy | 08/25/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. GARNETT CO (COM) | A | Dividend | J | T | Buy | 08/01/11 | J | | |
| 86. HAWAIIAN ELEC INDS INC. (COM) | A | Dividend | K | T | Buy | 06/30/11 | K | | |
| 87. HESS CORP (COM) | A | Dividend | K | T | Buy | 05/25/11 | K | | |
| 88. HUGOTON ROYALTY TRUST UBI | A | Dividend | K | T | Buy | 03/02/11 | K | | |
| 89. INTER PARFUMS INC (COM) | A | Dividend | J | T | Buy | 03/10/11 | J | | |
| 90. LAZARD LTD (COM) | A | Dividend | K | T | Buy | 10/21/11 | K | | |
| 91. MARATHON PETROLEIUM CORP (COM) | A | Dividend | J | T | Buy | 11/16/11 | J | | |
| 92. MDU RESOURCES GRP INC. (COM) | A | Dividend | K | T | Buy | 03/28/11 | K | | |
| 93. SOUTHWEST AIRLINES CO. (COM) | A | Dividend | K | T | Buy | 06/17/11 | K | | |
| 94. TRW AUTOMOTIVE HLDGS CORP. (COM) | | None | J | T | Buy | 05/05/11 | K | | |
| 95. | | None | | | | | | | |
| 96. | | None | | | | | | | |
| 97. | | None | | | | | | | |
| 98. | | None | | | | | | | |
| 99. | | None | | | | | | | |
| 100. | | None | | | | | | | |
| 101. | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. | | None | | | | | | | |
| 103. | | None | | | | | | | |
| 104. | | None | | | | | | | |
| 105. | | None | | | | | | | |
| 106. | | None | | | | | | | |
| 107. | | None | | | | | | | |
| 108. | | None | | | | | | | |
| 109. | | None | | | | | | | |
| 110. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 111. BANK ONE CHECKING | A | Interest | J | T | | | | | |
| 112. ALCOA, INC BONDS DUE 2/23/19 | B | Interest | K | T | | | | | |
| 113. CHEVRON CORP. (COM) | A | Dividend | K | T | | | | | |
| 114. AMERICAN EAGLE OUTFITTERS (COM) | A | Dividend | K | T | Buy (add'l) | 05/10/11 | J | | |
| 115. EMERSON ELECTRIC CO. (COM) | A | Dividend | K | T | Buy (add'l) | 05/10/11 | J | | |
| 116. HEWLETT PACKARD CO. (COM) | A | Dividend | K | T | Buy (add'l) | 04/05/11 | J | | |
| 117. | | None | | | | | | | |
| 118. BECKTON DICKINSON CO (COM) | A | Dividend | J | T | Buy (add'l) | 04/05/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. MCKESSON CORP. (COM) | A | Dividend | K | T | | | | | |
| 120. | | None | | | | | | | |
| 121. | | None | | | | | | | |
| 122. BELDEN INC. (COM) | | None | | | Sold | 01/11/11 | J | | |
| 123. BRISTOL-MYERS SQUIBB CO. (COM) | A | Dividend | J | T | Buy (add'l) | 04/05/11 | J | | |
| 124. | | None | | | | | | | |
| 125. COVIDIEN LTD (COM) | A | Dividend | K | T | | | | | |
| 126. | | None | | | | | | | |
| 127. | | None | | | | | | | |
| 128. | | None | | | | | | | |
| 129. ALTRIA GROUP INC BONDS DUE 8/6/19 | C | Interest | K | T | | | | | |
| 130. DIAGEO PLC SPSD ADS (COM) | A | Dividend | K | T | Buy (add'l) | 02/10/11 | J | | |
| 131. | | None | | | | | | | |
| 132. | | None | | | | | | | |
| 133. GENERAL DYNAMICS CORP (COM) | A | Dividend | | | Sold | 09/28/11 | J | C | |
| 134. GENERAL ELECTRIC CAP CORP NOTES | B | Interest | K | T | | | | | |
| 135. | | None | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. CAMERON INTL CORP (COM) | | None | | | Sold | 04/28/11 | J | C | |
| 137. HCP INC. (FORMERLY HEALTH CARE PPTY INVS (COM) (REIT)) | B | Dividend | K | T | | | | | |
| 138. LINCOLN NATIONAL CORP NOTES DUE 7/1/19 | B | Interest | K | T | | | | | |
| 139. RAYTHEON COMPANY (COM) | B | Dividend | K | T | | | | | |
| 140. | | None | | | | | | | |
| 141. | | None | | | | | | | |
| 142. | | None | | | | | | | |
| 143. MARATHON OIL CORP | A | Dividend | K | T | Buy (add'l) | 09/22/11 | J | | |
| 144. HEALTH CARE REIT INC (COM) | B | Dividend | K | T | | | | | |
| 145. | | None | | | | | | | |
| 146. | | None | | | | | | | |
| 147. MEADWEST VACO CORP (COM) | A | Dividend | K | T | | | | | |
| 148. V F CORPORATION (COM) | A | Dividend | K | T | | | | | |
| 149. VALERO ENERGY CORP. (COM) | A | Dividend | | | Sold | 09/28/11 | K | C | |
| 150. DISNEY (WALT) CO (COM) | A | Dividend | K | T | Buy (add'l) | 04/05/11 | J | | |
| 151. EXXON MOBIL CORP (COM) | A | Dividend | K | T | Buy (add'l) | 01/13/11 | J | | |
| 152. GLATFELTER (COM) | A | Dividend | K | T | Buy (add'l) | 05/09/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. SIMON PROP GROUP REIT | A | Dividend | J | T | | | | | |
| 154. HASBRO INC (COM) | A | Dividend | K | T | Buy (add'l) | 02/03/11 | K | | |
| 155. | | None | | | | | | | |
| 156. VECTREN CORP.(COM) | A | Dividend | | | Sold | 10/21/11 | J | C | |
| 157. VISHAY INTERTECHNOLOGY INC. (COM) | | None | | | Sold | 02/08/11 | J | D | |
| 158. VODAFONE GROUP PLC (COM) | B | Dividend | K | T | Buy (add'l) | 05/10/11 | J | | |
| 159. WASHINGTON REAL ESTATE INVEST. TRUST (COM) | B | Dividend | K | T | | | | | |
| 160. | | None | | | | | | | |
| 161. WASTE MANAGEMENT INC NEW (COM) | A | Dividend | K | T | Buy (add'l) | 04/05/11 | J | | |
| 162. | | None | | | | | | | |
| 163. CITIGROUP INC. GLOBAL SR. NOTE DUE 1/18/11 | A | Interest | | | Sold | 01/18/11 | K | | |
| 164. DOMINION RES. INC. VA NEW SR. NOTE DUE 3/15/13 | | None | | | Sold | 01/18/11 | K | B | |
| 165. ENTERGY MISS INC. 1ST MTG BOND DUE 2/1/13 | B | Interest | K | T | | | | | |
| 166. INGERSOLL-RAND GL HLD CO BOND DUE 4/15/14 | C | Interest | K | T | | | | | |
| 167. GOLDMAN SACH GROUP INC. SR. NOTE DUE 1/15/14 | B | Interest | K | T | | | | | |
| 168. INTERNATIONAL PAPER CO. NOTE DUE 1/15/14 | B | Interest | K | T | | | | | |
| 169. MEDTRONIC INC NOTE DUE 04/15/13 | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. VERIZON GLOBAL FDG. CORP. NOTE DUE 6/1/13 | B | Interest | K | T | | | | | |
| 171. IRA ROLLOVER JP MORGAN CHASE BANK (FORMERLY BANK ONE) | | | | | | | | | |
| 172. JP MORGAN CASH - US DOLLAR | | None | K | T | | | | | |
| 173. GATEWAY FUND - Y | A | Dividend | J | T | | | | | |
| 174. JP MORGAN RESEARCH MARKET NEUTRAL FUND | | None | | | Sold | 05/12/11 | J | | |
| 175. | | None | | | | | | | |
| 176. JP MORGAN US EQUITY FUND | A | Dividend | J | T | Sold (part) | 10/25/11 | J | | |
| 177. MANNING & NAPIER FUND INC | A | Dividend | K | T | Buy (add'l) | 05/12/11 | J | | |
| 178. HARTFORD CAPITAL APPRECIATION FD | A | Dividend | J | T | Sold (part) | 01/27/11 | J | A | |
| 179. | | None | | | | | | | |
| 180. | | None | | | | | | | |
| 181. MATTHEWS PACIFIC TIGER FD | A | Dividend | J | T | Sold (part) | 01/27/11 | J | B | |
| 182. | | None | | | | | | | |
| 183. EATON VANCE MUTUAL FDS TR FLT TR | A | Dividend | K | T | Sold (part) | 12/01/11 | J | A | |
| 184. | | None | | | | | | | |
| 185. VANGUARD FIXED INCOME SECS FD | | None | | | Sold | 05/12/11 | K | A | |
| 186. JP MORGAN MARKET EXPANSION INDEX FD | A | Dividend | J | T | Sold (part) | 01/27/11 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187.  ARTIO INTERNATIONAL EQUITY II-I | A | Dividend | | | Sold | 11/25/11 | J | A | |
| 188.  HARTFORD MID CAP FD 1 | | None | | | Sold | 01/27/11 | J | B | |
| 189.  JP MORGAN REALTY INCOME FD | A | Dividend | J | T | Sold (part) | 10/12/11 | J | A | |
| 190.  ARTISIAN INT'L VALUE FD - INV | | None | | | Sold | 02/16/11 | J | B | |
| 191.  VANGUARD EMERGING MARKET ETF FD | A | Dividend | J | T | Sold (part) | 07/15/11 | J | | |
| 192.  GOLDMAN SACHS TRUST HIGH YIELD FUND | A | Dividend | | | Sold | 04/15/11 | J | A | |
| 193.  ARBITRAGE FUNDS - I | | None | J | T | Sold (part) | 05/12/11 | J | | |
| 194.  EATON VANCE MUT FDS TR | | None | J | T | Sold (part) | 05/20/11 | J | | |
| 195.  JPM LARGE CAP GROWTH FUND | A | Dividend | J | T | Buy | 04/11/11 | J | | |
| 196.  JPM EM MKS EQUITY FUND | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 197.  PRUDENTIAL JENNISON NATURAL RES. FUND | | None | J | T | Buy | 10/25/11 | J | | |
| 198.  BLACKROCK HIGH YIELD BOND FUND | A | Dividend | J | T | Buy | 10/25/11 | J | | |
| 199.  RIDGEWORTH FUND | B | Dividend | K | T | Buy | 04/15/11 | K | | |
| 200. | | None | | | | | | | |
| 201. | | None | | | | | | | |
| 202. | | None | | | | | | | |
| 203. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. | | None | | | | | | | |
| 205. | | None | | | | | | | |
| 206. | | None | | | | | | | |
| 207. | | None | | | | | | | |
| 208. | | None | | | | | | | |
| 209. | | None | | | | | | | |
| 210. | | None | | | | | | | |
| 211. | | None | | | | | | | |
| 212. | | None | | | | | | | |
| 213. | | None | | | | | | | |
| 214. | | None | | | | | | | |
| 215. | | None | | | | | | | |
| 216. | | None | | | | | | | |
| 217. | | None | | | | | | | |
| 218. | | None | | | | | | | |
| 219. | | None | | | | | | | |
| 220. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 221. | | None | | | | | | | |
| 222. COMERICA BANK (CHECKING) | | None | J | T | | | | | |
| 223. ING USA ANNUITY & LIFE INS. CO. | D | Distribution | L | T | | | | | |
| 224. NATIONWIDE LIFE INS. CO/BEST OF AMERICA ANNUITY | D | Distribution | K | T | | | | | |
| 225. JOHN HANCOCK LIFE INS. CO - ANNUITY | | None | N | T | Buy | 03/25/11 | M | | |
| 226. GENWORTH LIFE & ANNUITY INSURANCE CO | | None | | | Sold | 03/25/11 | M | | |
| 227. PRUDENTIAL ANNUITIES LIFE ASSURANCE CORP | C | Distribution | K | T | | | | | |
| 228. IRA ACCT WELLS FARGO ADV (FRMLY WACHOVIA SECURITIES:) | B | Distribution | J | T | | | | | |
| 229. WELLS FARGO ADV (FRMLY WACHOVIA BANK) BANK DEPOSIT SWEEP | | None | J | T | | | | | |
| 230. FIRST TRUST STRAT. HIGH INCOME FUND III | | None | J | T | | | | | |
| 231. NEW PERSPECTIVE FD INC. | | None | J | T | | | | | |
| 232. AIM INVESCO VK COMSTOCK (FRMLY VAN KAMPEN COMSTOCK FUND) | A | Dividend | J | T | | | | | |
| 233. | | None | | | | | | | |
| 234. | | None | | | | | | | |
| 235. | | None | | | | | | | |
| 236. | | None | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 237. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 238. ABBOTT LABORATORIES (COM) | A | Dividend | K | T | Buy (add'l) | 05/10/11 | J | | |
| 239. AGILENT TECHNOLOGIES INC (COM) | | None | K | T | Buy (add'l) | 02/15/11 | J | | |
| 240. | | None | | | | | | | |
| 241. | | None | | | | | | | |
| 242. AIR PRODUCTS & CHEM (COM) | A | Dividend | K | T | Buy (add'l) | 03/15/11 | J | | |
| 243. | | None | | | | | | | |
| 244. IRA ROLLOVER JP MORGAN CHASE (FRMLY BANK ONE) | | | | | | | | | |
| 245. I SHARES TR BARCLAYS TIPS BD FD (FRMLY I SHARES TR US TREAS) | A | Dividend | K | T | Sold (part) | 12/1/11 | J | A | |
| 246. JP MORGAN HIGH YIELD BOND FUND | B | Dividend | K | T | Buy (add'l) | 05/20/11 | J | | |
| 247. JP MORGAN SHORT DURATION BOND FD | B | Dividend | L | T | Sold (part) | 08/12/11 | J | A | |
| 248. | | None | | | | | | | |
| 249. | | None | | | | | | | |
| 250. | | None | | | | | | | |
| 251. JP MORGAN ASIA EQUITY FUND | A | Dividend | K | T | Sold (part) | 01/27/11 | J | B | |
| 252. | | None | | | | | | | |
| 253. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 254. JP MORGAN INTREPID AMERICA FUND | A | Dividend | J | T | Buy (add'l) | 05/12/11 | J | | |
| 255. JPM EQUITY INCOME FUND | A | Dividend | J | T | Buy | 08/12/11 | J | | |
| 256. JPM INTREPID VALUE FUND | A | Dividend | J | T | Buy | 04/12/11 | J | | |
| 257. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 258. MERRILL LYNCH CMA MONEY FUND | A | Dividend | K | T | Sold (part) | 07/01/11 | L | | |
| 259. MICROSOFT CORP (COM) | A | Dividend | K | T | | | | | |
| 260. WINDSTREAM CORP (ALLTELL DIST) (COM) | A | Dividend | J | T | Buy (add'l) | 05/10/11 | J | | |
| 261. BOARDWALK PIPELINE PTNRS LP | | None | | | Sold | 03/14/11 | K | D | |
| 262. AVIAT NETWORKS INC (FRMLY HARRIS STRATEX NETWORKS) (COM) | | None | | | Sold | 09/28/11 | J | | |
| 263. EL PASO PIPELINE PARTNERS LP | | None | | | Sold | 04/05/11 | K | D | |
| 264. ENERGY TRANSFER LP | | None | | | Sold | 05/06/11 | K | D | |
| 265. PINNACLE WEST CAP CORP (COM) | A | Dividend | J | T | | | | | |
| 266. ENTERPRISE PRODUCTS PARTNERS LP | | None | | | Sold | 03/18/11 | K | D | |
| 267. TECO ENERGY INC. (COM) | A | Dividend | K | T | | | | | |
| 268. KINDER MORGAN ENERGY PARTNERS LP | | None | | | Sold | 05/06/11 | L | E | |
| 269. HALLIBURTON CO. (COM) | A | Dividend | K | T | Buy (add'l) | 12/12/11 | J | | |
| 270. TYCO INT'L LTD NAMEN-AKT (COM) | A | Dividend | K | T | Buy (add'l) | 06/27/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 271.  HEALTHSOUTH CORP (COM) | | None | K | T | Buy (add'l) | 08/26/11 | J | | |
| 272.  ILLINOIS TOOL WORKS INC (COM) | A | Dividend | K | T | Buy (add'l) | 09/28/11 | J | | |
| 273. | | None | | | | | | | |
| 274.  KBR INC (COM) | A | Dividend | J | T | Buy (add'l) | 09/28/11 | J | | |
| 275. | | None | | | | | | | |
| 276. | | None | | | | | | | |
| 277. | | None | | | | | | | |
| 278.  KELLOGGS CO (COM) | A | Dividend | K | T | | | | | |
| 279.  BANK OF AMERICA NA SUB NOTES DUE 8/15/16 | B | Interest | K | T | | | | | |
| 280. | | None | | | | | | | |
| 281.  BOSTON SCIENTIFIC CORP NOTES DUE 1/15/15 | B | Interest | K | T | | | | | |
| 282.  COMCAST CORP. NOTES DUE 1/15/15 | B | Interest | K | T | | | | | |
| 283.  KROGER CO (COM) | A | Dividend | K | T | | | | | |
| 284.  DOW CHEMICAL NOTES DUE 10/1/12 | B | Interest | K | T | | | | | |
| 285.  MCDONALDS CORP (COM) | A | Dividend | K | T | Buy (add'l) | 04/05/11 | K | | |
| 286.  MEDTRONIC INC (COM) | A | Dividend | K | T | Buy (add'l) | 06/27/11 | J | | |
| 287. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 288. N M GEN'L ELEC. CAP CORP. NOTES DUE 6/15/12 | B | Interest | K | T | | | | | |
| 289. NESTLE SA REP RG | A | Dividend | K | T | Buy (add'l) | 04/05/11 | J | | |
| 290. | | None | | | | | | | |
| 291. NEWS CORP. (COM) | A | Dividend | K | T | | | | | |
| 292. JP MORGAN CHASE SUB NOTES DUE 10/1/15 | B | Interest | K | T | | | | | |
| 293. JOHN DEERE CAP CORP NOTES DUE 3/15/12 | B | Interest | K | T | | | | | |
| 294. NORTHEAST UTILITIES (COM) | A | Dividend | K | T | | | | | |
| 295. MORGAN STANLEY SUB NOTES DUE 4/1/14 | B | Interest | K | T | | | | | |
| 296. NATIONWIDE FIN. SER. SR. NOTES DUE 7/1/12 | B | Interest | K | T | | | | | |
| 297. NV ENERGY INC. (COM) | A | Dividend | K | T | | | | | |
| 298. NORTHROP GRUMMAN CORP. NOTES DUE 2/15/11 | A | Interest | | | Sold | 02/15/11 | K | | |
| 299. QWEST CORP NOTES DUE 6/1/17 | B | Interest | K | T | | | | | |
| 300. SCHERING PLOUGH SR. NOTES DUE 12/1/13 | B | Interest | K | T | | | | | |
| 301. | | None | | | | | | | |
| 302. | | None | | | | | | | |
| 303. SUNTRUST BANKS INC NOTES DUE 12/1/17 | B | Interest | K | T | | | | | |
| 304. XEROX CORP NOTES DUE 5/15/14 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 305. WALT DISNEY CO. NOTES DUE 7/15/11 | A | Interest | | | Sold | 07/15/11 | K | | |
| 306. IRA ROLLOVER JP MORGAN CHASE (FRMERLY BANK ONE) | | | | | | | | | |
| 307. SPDR S&P 500 ETFTR (FORMERLY SPDR TR.UNIT SER 1) | | None | | | Sold | 04/11/11 | K | B | |
| 308. | | None | | | | | | | |
| 309. FMI FDS INC LARGE CAP FD | A | Dividend | J | T | Sold (part) | 10/12/11 | J | A | |
| 310. | | None | | | | | | | |
| 311. | | None | | | | | | | |
| 312. | | None | | | | | | | |
| 313. JP MORGAN INTERNATIONAL VALUE FUND | A | Dividend | J | T | Sold (part) | 12/01/11 | J | | |
| 314. JP MORGAN US LARGE CAP CORE PLUS FD | A | Dividend | K | T | Sold (part) | 01/27/11 | J | A | |
| 315. JP MORGAN US REAL ESTATE FUND | A | Dividend | | | Sold | 07/15/11 | J | | |
| 316. JPM MID CAP GROWTH FUND | | None | J | T | Buy | 07/15/11 | J | | |
| 317. ISHARES MSCI EAFE INDEX FUND | A | Dividend | J | T | Buy | 07/15/11 | J | | |
| 318. MFS INTL FUND | A | Dividend | J | T | Buy | 08/12/11 | J | | |
| 319. T. ROWE PRICE OVERSEAS STOCK FUND | | None | K | T | Buy | 02/16/11 | K | | |
| 320. | | None | | | | | | | |
| 321. | | None | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 322. ISHARES S&P MIDCAP 400 INDEX FD | A | Dividend | J | T | Sold (part) | 07/15/11 | J | A | |
| 323. | | None | | | | | | | |
| 324. | | None | | | | | | | |
| 325. | | None | | | | | | | |
| 326. ASSETS FROM POSITION 20 CO-TRUSTEE | | | | | | | | | |
| 327. OCCIDENTAL PETE CORP CAL | A | Dividend | K | T | Buy (add'l) | 05/10/11 | J | | |
| 328. APPLIED MATERIAL SR. NOTES DUE 10/15/17 | B | Interest | K | T | | | | | |
| 329. BECTON DICKINSON NOTES DUE 4/15/013 | B | Interest | K | T | | | | | |
| 330. ENTERPRISE PRODUCTS OPER NOTES DUE 1/15/68 | B | Interest | K | T | | | | | |
| 331. | | None | | | | | | | |
| 332. LEHMAN BROTHERS HODGS SUB NOTES DUE 7/19/17 | | None | J | T | | | | | |
| 333. | | None | | | | | | | |
| 334. MERRILL LYNCH & CO NOTES DUE 8/28/17 | B | Interest | K | T | | | | | |
| 335. PSEG POWER CO NOTES DUE 4/1/14 | B | Interest | K | T | | | | | |
| 336. WEATHERFORD INTL LTD NOTES DUE 10/15/13 | B | Interest | K | T | | | | | |
| 337. OSHKOSH CORP (COM) | | None | J | T | Buy (add'l) | 01/31/11 | J | | |
| 338. TYCO ELECTRONICS LTD (STK DIV FROM TYCO INT'L LTD BERMUDA) | A | Dividend | | | Sold | 10/28/11 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 339. BANK OF AMERICA NOTES DUE 12/29/49 | B | Interest | K | T | | | | | |
| 340. CITIGROUP CAP VII (PREF) | B | Dividend | K | T | | | | | |
| 341. OWENS ILL INC (COM) | | None | | | Sold | 06/15/11 | K | | |
| 342. | | None | | | | | | | |
| 343. JP MORGAN CHASE NOTES DUE 4/29/49 | B | Interest | K | T | | | | | |
| 344. | | None | | | | | | | |
| 345. SOVEREIGN BANK NOTES DUE 3/15/13 | B | Interest | K | T | | | | | |
| 346. WASHINGTON REIT NOTES DUE 5/1/15 | B | Interest | K | T | | | | | |
| 347. WELLS FARGO&CO (FORMERLY WACHOVIA CORP.)NOTES DUE 2/28/49 | A | Interest | J | T | | | | | |
| 348. I SHARES BARCLAYS TIPS BEND FUND | C | Dividend | M | T | Sold (part) | 09/06/11 | M | D | |
| 349. ▓▓▓▓▓▓ LIVING TRUST (7/13/95) (POSITION 23) | | | | | | | | | |
| 350. BLACK ROCK GLOBAL ALLOCATION FUND | A | Dividend | J | T | | | | | |
| 351. EATON VANCE NAT'L MUNI INC FD (FRMLY EATON VANCE MI MUNI FD) | B | Interest | K | T | | | | | |
| 352. EATON VANCE TAX MANAGED GROWTH FUND | A | Dividend | L | T | | | | | |
| 353. FIDELITY ADV BALANCED FUND | A | Dividend | L | T | | | | | |
| 354. OPPENHEIMER STRATEGIC INCOME FUND | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 355. BLACKROCK EQUITY DIV. TRUST (FORMERLYBLACKROCK DIV. ACH. TR | A | Dividend | | | Sold | 11/17/11 | J | | |
| 356. BLACKROCK MUNIYIELD | A | Dividend | J | T | | | | | |
| 357. VK SL 10 INDL 08-3 CA MO | | None | | | Sold | 01/01/11 | J | | |
| 358. GROWTH FUND OF AMERICA CL B | | None | J | T | | | | | |
| 359. GROWTH FUND OF AMERICA CL A | A | Dividend | J | T | | | | | |
| 360. INCOME FUND OF AMERICA | A | Dividend | J | T | Sold (part) | 11/17/11 | J | | |
| 361. KEELEY FUNDS INC SMALL CAP VALUE FUND | | None | J | T | | | | | |
| 362. AIM INVSCO VK COMSTOCK A (FRMLY AIM SECT FDS INVSCO TECH FD) | A | Dividend | J | T | | | | | |
| 363. NUVEEN MULT-MGR L/C A (FRMLY NUVEEN INVST MULTI MGR L/C FD) | A | Dividend | K | T | | | | | |
| 364. NUVEEN MI MUNI BD FD | B | Interest | K | T | | | | | |
| 365. PUTNAM GLBL HLTH CR CL B (FRMLY PUTNAM HLTH SCI SC BEN INT) | A | Dividend | J | T | | | | | |
| 366. AIM INVESCO VK CONSTOCK (FRMLY VAN KAMPEN COMSTOCK) FUND | A | Dividend | J | T | | | | | |
| 367. TRANSAMERICA A/A CONSERV | A | Dividend | J | T | | | | | |
| 368. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHAPERO, WALTER | 08/09/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **S/ WALTER SHAPERO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544